```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 08 B 09265
   DONALD PERKINS
                                                 CHAPTER 13

                                                 JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-9850


-----------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/16/08 and confirmed on 06/23/08.

     2.  The case was dismissed after confirmation, 10/23/2008.

     3.  The Debtor paid a total of $      760.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------------
TAYLOR BEAN & WHITAKER M   CURRENT MORTG           .00            .00              .00
TAYLOR BEAN & WHITAKER M   MORTGAGE ARRE      18375.37            .00              .00
TCF NATIONAL BANK          SECURED                 .00            .00              .00
TCF NATIONAL BANK          MORTGAGE ARRE        270.07            .00              .00
AMERICAN GENERAL FINANCE   SECURED VEHIC       1205.39          29.23           200.82
ARROW FINANCIAL SERVICES   UNSECURED         NOT FILED            .00              .00
CAINE & WEINER             UNSECURED         NOT FILED            .00              .00
CREDIT BUREAU ACCOUNTS I   UNSECURED         NOT FILED            .00              .00
CITIBANK                   UNSECURED         NOT FILED            .00              .00
COMED                      UNSECURED         NOT FILED            .00              .00
HSBC                       UNSECURED         NOT FILED            .00              .00
NATIONAL CITY BANK         UNSECURED         NOT FILED            .00              .00
NICOR GAS                  UNSECURED         NOT FILED            .00              .00
TCF BANK                   UNSECURED         NOT FILED            .00              .00
CINGULAR WIRELESS CHICAG   UNSECURED         NOT FILED            .00              .00
ILLINOIS DEPT REVENUE      PRIORITY          NOT FILED            .00              .00
INTERNAL REVENUE SERVICE   PRIORITY          NOT FILED            .00              .00
           Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER           TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   19850.83         .00          .00          .00        19850.83
PRINCIPAL PAID         200.82         .00          .00          .00          200.82
INTEREST PAID           29.23         .00          .00          .00           29.23
TOTAL PAID             230.05         .00          .00          .00          230.05
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $    3500.00
and was paid $   1500.00  direct and $     485.87  through the plan.

The Trustee received $      44.08 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/14/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE